AUSA: THOMAS JOHN WRIGHT

26 MAG 366

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEFKIJA VUCETOVIC,<br>MIRALEM LJULJANOVIC, and<br>MUSA GASHI,<br><br>                    Defendants. | **COMPLAINT**<br><br>Violations of 18 U.S.C. §§2113(a) and 2<br><br>COUNTY OF OFFENSE:<br>NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

DAVID BONACARTI, being duly sworn, deposes and says that he is a Task Force Officer with the Federal Bureau of Investigation ("FBI) and Detective with the New York City Police Department ("NYPD"), and charges as follows:

## COUNT ONE
### (Attempted Bank Robbery)

1. On or about February 6, 2026, in the Southern District of New York and elsewhere, SEFKIJA VUCETOVIC, MIRALEM LJULJANOVIC, and MUSA GASHI, the defendants, did enter and attempt to enter a bank and a building used in whole or in part as a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit in such bank and such building so used a larceny, and aided and abetted the same, to wit VUCETOVIC, LJULJANOVIC, GASHI attempted to break into an automated teller machine branch of Bank of American, NA in the Bronx, New York.

(Title 18, United States Code, Sections 2113(a) and 2.)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I have served for over 11 years as a task force officer with the FBI's Bank Robbery Task Force. I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, my examination of reports and records, my review of certain body-worn camera video recordings, and my conversations with other law-enforcement officers and other individuals. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3. Based on my conversations with other law enforcement officers, my review of their reports, and my review of video recordings obtained from body-worn cameras of certain members of the NYPD, who participated in the arrests of SEFKIJA VUCETOVIC, MIRALEM LJULJANOVIC, and MUSA GASHI, the defendants, on or about February 6, 2026, I have learned the following information:

a. On February 6, 2026 at approximately 10:30 PM, a team of police officers of the NYPD, were patrolling in multiple cars when multiple police officers (including "PO-1" and "PO-2") saw two white males, one of whom was later identified as VUCETOVIC and the other of whom was identified as GASHI based on his physical appearance and attire, emerge from a Mercedes Benz sedan ("Car-1") and approach the vicinity of the southeast corner of the intersection of Broadway and West 147th Street, in New York, New York. There, PO-1 and PO-2 saw a third white male who was already standing on the sidewalk and holding a black and red tool bag. From there, PO-1 and PO-2 saw VUCETOVIC, GASHI, and the third white male, who were all dressed largely in black, walk across Broadway to the southwest corner of the intersection of Broadway and West 147th Street, at which corner an automated teller machine ("ATM") branch of Bank of America, NA is located with multiple ATMs accessible to customers inside a foyer that opens onto the street and that is secured with bank card readers (the "ATM Branch"). Once at the corner with the ATMB Branch, PO-1 and PO-2 saw VUCETOVIC, GASHI, and the third white male approach and walk down into a basement entrance to the building containing the ATM Branch (the "Building"). Based on what they had observed, combined with their knowledge that the Building is abandoned, at least in part, PO-1 and PO-2 grew suspicious that the group of white males were engaged in or were about to engage in criminal conduct, particularly given the time of day.



b. As the team of police officers, including PO-1 and PO-2, drove past the ATM Branch, they began to loop back in their cars to a position where they could conduct further surveillance of the ATM Branch and the group of multiple white males who had entered the Building. Within minutes, however, the team of police officers received confirmation that the security system of the ATM Branch had alerted moment earlier, at which point the team of police officers (including PO-1, PO-2, and a third police officer ("PO-3")) raced back in their cars to the ATM Branch.

c. Arriving back at the intersection of Broadway and West 147th Street at approximately 10:36 PM, multiple members of the team of police officers, including PO-1 and PO-2 saw VUCETOVIC hurrying to the rear of a Ford sport-utility vehicle ("Car-2") that was parked on West 147th Street next to the basement entrance to the Building. At the rear of Car-2, they saw VUCETOVIC place the same black and red tool bag that they had previously observed into the back of Car-2, where PO-1 arrived with other police officers and detained VUCETOVIC.

2

Inside Car-2, sitting in the driver's seat, PO-3 found another white male, dressed similarly in largely dark clothing, who was later identified as LJULJANOVIC and whom PO-2 similarly detained with other police officers.

        d.        Inside the toolbag that VUCETOVIC placed inside Car-2, a later search identified multiple tools, including crowbars, grinders, and saws, some of which were coated in residue consistent with having been used to cut into the wall of the ATM Branch, which is described further below.

        e.        As the team of police officers arrived at Car-2 in multiple cars with their lights and sirens activated, PO-2 saw GASHI approaching Car-2. With the arrival of the police officers, however, PO-2 saw GASHI begin to run down West 147th Street toward the intersection of Riverside Drive and West 147th Street at a dead sprint. Pursuing GASHI on foot, PO-2 chased GASHI to the intersection of Riverside Drive and West 147th Street where PO-2 saw GASHI discard a later recovered walkie talkie radio before GASHI was stopped and detained by other police officers together with PO-2.

        f.        After VUCETOVIC, LJULJANOVIC, and GASHI were detained, a team of police officers of the NYPD conducted a search of the Building in which the ATM Branch is located, entering the Building through the basement entrance which they had originally observed VUCETOVIC and GASHI enter just moments before the security system of the ATM Branch alerted. As shown in the series of photographs below, inside the basement of the Building, the team of police officers found a ladder providing access back to a room on the first floor of the Building, which was abandoned but which abutted the rear wall of the ATM Branch. There, they found a hole had been cut in this wall providing access to the back of the ATM Branch, where the cash repositories for the ATMs were located and where the security system of the ATM branch had alerted.






 

4.      Based on my work on this investigation, I have identified through public and private records searches, that MIRALEM LJULJANOVIC, the defendant, was previously stopped driving Car-1, the car that PO-1 and PO-2 first noticed dropping off SEFKIJA VUCETOVIC and MUSA GASHI, the defendants, and that Car-1 is also registered to a female associate of LJULJANOVIC, with whom LJULJANOVIC resides.

5.      Based on my training and experience, I know that the deposits of Bank of America, NA are insured by the Federal Deposit Insurance Corporations.

WHEREFORE, I respectfully request that SEFKIJA VUCETOVIC, MIRALEM LJULJANOVIC, and MUSA GASHI, the defendants, be imprisoned or bailed, as the case may be.

/s authorized electronic signature

_____
DAVID BONACARTI
Task Force Officer
Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), on February 8, 2026

_____
THE HONORABLE ROBYN F. TARNOFSKY    SARAH NETBURN
United States Magistrate Judge
Southern District of New York

5